Mark Wayne Rugley was indicted for the offense of kidnapping in the first degree in violation of Code of Alabama 1975, §13A-6-43. The jury found Rugley guilty as charged in the indictment, and he was sentenced as a habitual offender to life imprisonment without the possibility of parole. Two issues are raised on appeal.
On January 13, 1990, at approximately 6:00 p.m., Sharon Hogan left the Winn-Dixie grocery store in Capital Plaza and walked toward her truck. As she was unlocking the driver's door of her truck, a black male approached her from behind, placed a knife to her throat, and pushed his way into her truck. According to Hogan, he forced her onto the floorboard of her truck, telling her, "Don't make me hurt you." Hogan was able to reach up and unlock the passenger door of the truck and roll out of the truck onto the parking lot pavement before the truck left the grocery store parking lot. Hogan identified Rugley from a photographic lineup conducted by the Montgomery Police Department as the black male who had kidnapped her.
 I
Rugley contends that the trial court committed reversible error in allowing the State to introduce, over Rugley's objection, evidence proving Rugley had kidnapped another person approximately four hours prior to the immediate offense. We disagree.
Jerry Wilkes testified that, on January 13, 1990, at approximately 2:00 p.m., she was unlocking the door to heeals of Alabama.